UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH HAAG,

        Plaintiffs,

v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION LOCAL 10,

        Defendants.

Case No. 20-cv-08478-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 10/8/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days (10/1/2021) in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS: 6/4/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 12/17/2021.

DESIGNATION OF EXPERTS: 1/21/2022; REBUTTAL: 2/25/2022;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 3/25/2022.

DISPOSITIVE MOTIONS **SHALL** be filed by; 4/8/2022;
    Opp. Due: 4/22/2022; Reply Due: 4/29/2022;
    and set for hearing no later than 5/20/2022 at 10:00 AM.

PRETRIAL PAPERWORK: 6/28/2022.
PRETRIAL CONFERENCE DATE: 7/12/2022 at 3:30 PM.

JURY TRIAL DATE: 7/25/22 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 Court days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: May 14, 2021

_____
SUSAN ILLSTON
United States District Judge